AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Maria Papastefanou-Garrison | ) | Case No. 3:15mj26 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   Oct. 11, 2012 thru Oct. 18, 2014   in the county of   Monroe   in the   Middle   District of   Pennsylvania   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1920 | False Statements or Fraud to Obtain Federal Employees' Compensation (See Attachment A) |

This criminal complaint is based on these facts:
See Attached Affidavit of Probable Cause

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Thomas J. Hartley
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3-26-15

*Judge's signature*

City and state:   Scranton, PA   Karoline Mehalchick, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

From between on or about October 11, 2012 through October 18, 2014, in Monroe County, in the Middle District of Pennsylvania, and elsewhere, defendant **MARIA PAPASTEFANOU-GARRISON,** in a matter within the jurisdiction of the executive branch of the United States, namely, the United States Department of Labor, knowingly and willfully made materially false, fictitious, and fraudulent statements and representations, made and used false writings and documents knowing them to contain materially false, fictitious, and fraudulent statements and entries, in connection with the application for and receipt of federal employees' compensation benefits in excess of $1,000, to which she was not entitled, under Title 5, United States Code, Sections 8101 et. seq., **in violation of Title 18, United States Code, Section 1920.**