# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: Complaint and Affidavit of Probable Cause | 3:15-MC- 26 |
|---|---|

## ORDER

IT IS ORDERED that the Clerk of Court provide the United States Attorney's Office with two (2) certified copies of the accompanying documents and thereafter keep these documents from public view until the Clerk has made appropriate docket entries.

IT IS FURTHER ORDERED that these documents only be opened by appropriate Court personnel of the Middle District of Pennsylvania in due course of performing the business of the Clerk's Office, after which the Clerk is ordered to seal this Order and all accompanying documents until:

[ ] Notified in writing by the United States Attorney's Office that there is no longer any reason for the documents to remain sealed; or

[X] Further Order of the Court.

_____
KAROLINE MEHALCHICK
UNITED STATES MAGISTRATE JUDGE

DATE: 3-26-15