IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:15-MJ-0026 |
| v. | : | |
| MARIA PAPASTEFANOU-GARRISON | : | (Magistrate Judge Mehalchick) |
| Defendant | : | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

**AND NOW,** this 27th day of **March, 2015,** the above named Defendant having appeared before this Court and having been sworn to testify truthfully as to his/her financial ability to hire counsel, and the Court being satisfied as a result thereof that the above named Defendant is financially unable to obtain counsel;

**IT IS ORDERED** that the **FEDERAL PUBLIC DEFENDER**, Suite 2C, 116 North Washington Avenue, Scranton, Pennsylvania, is hereby appointed to represent the Defendant in all matters pertaining to these proceedings.

_____
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**