# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

UNITED STATES OF AMERICA

    VS.                                      CASE NO. 3:15-MJ-26

Maria Papastefanou-Garrison

TYPE OF CASE:   **CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been **SCHEDULED** for the time and place listed below:

**PLACE**:  United States District Court     **COURTROOM:**  No. 6
          Middle District of Pennsylvania
          William J. Nealon Federal Building    **DATE AND TIME:**
          235 North Washington Ave.          **Tuesday, April 07, 2015**
          Scranton, PA                                **10:00 AM**

**TYPE OF PROCEEDINGS:**    Preliminary Exam

Date:   03/30/2015                          Maria E. Elkins, Clerk of Court
                                                  *s/Corey Wimmer*
                                                  Corey Wimmer
                                                  Deputy Clerk

TO:  Honorable Karoline Mehalchick
      Bob O'Hara, AUSA
      Ingrid Cronin, Esquire
      U.S. Probation
      U.S. Marshal
      Court Reporter