# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : 3:15-MJ-26 |
| v. | : (Magistrate Judge Mehalchick) |
| MARIA PAPASTEFANOU-GARRISON | : (Electronically Filed) |

## ORDER

AND NOW, this __16th__ day of September, 2015, for the reasons stated in the Motion for Excludable Time, the Court hereby finds that the ends of justice will be served by affording the parties a brief period of time to conclude their discussions which seek to resolve certain issues in this case. The Court further finds that such a continuance outweighs the best interests of the public and the Defendant in a speedy trial and that the time should be excluded under the Speedy Trial Act. Accordingly, it is therefore ORDERED as follows:

1. The Joint Motion for Excludable Time Pursuant to the Speedy Trial Act is hereby granted.

2. The period of time from the filing of this Motion until the new date of the Preliminary Examination will be excluded from the Speedy Trial Clock pursuant to 18 U.S.C. § 3161(h)(7)(A), in order to allow the parties to conclude their discussions which seek to resolve the issues in the case.

3. The preliminary examination scheduled for September 23, 2015, is rescheduled to the 15th day of October, 2015, at 10 o'clock A.M.

BY THE COURT

*Karoline Mehalchick*
**Karoline Mehalchick**
**United States Magistrate Judge**