UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
: NO. 3:15-MJ-26
-vs- :
: (Magistrate Judge Mehalchick)
:
MARIA PAPASTEFANOU-GARRISON, : (Electronically Filed)
           Defendant :

## MOTION FOR DISMISSAL

A criminal complaint was filed charging the above-named defendant with False Statements to Obtain Federal Employees' Compensation, in violation of 18 U.S.C. § 1920. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Pennsylvania, in the interests of justice, hereby moves to dismiss the charge in the Criminal Complaint against the defendant, Maria Papastefanou-Garrison, without prejudice.

PETER J. SMITH
United States Attorney

/s Robert J. O'Hara
_____
ROBERT J. O'HARA
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
KAROLINE MEHALCHICK
United States Magistrate Judge

Dated:_____