UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
: NO. 3:15-MJ-26
-vs- :
: (Magistrate Judge Mehalchick)
:
MARIA PAPASTEFANOU-GARRISON, : (Electronically Filed)
          Defendant :

## MOTION FOR DISMISSAL

A criminal complaint was filed charging the above-named defendant with False Statements to Obtain Federal Employees' Compensation, in violation of 18 U.S.C. § 1920. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Middle District of Pennsylvania, in the interests of justice, hereby moves to dismiss the charge in the Criminal Complaint against the defendant, Maria Papastefanou-Garrison, without prejudice.

                              PETER J. SMITH
                              United States Attorney

                              /s Robert J. O'Hara

                              ROBERT J. O'HARA
                              Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

                              KAROLINE MEHALCHICK
                              United States Magistrate Judge

Dated: 11-16-15